**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **KEITH SHANNON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-384-KC** |
| | § | |
| **OMNI LOGISTICS LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>ORDER</u>**

On this day, the Court considered Defendant Omni Logistics LLC's Motion for Summary Judgment ("Motion"), ECF No. 106.  Pursuant to the Court's Standing Order Regarding Motions for Summary Judgment ("Standing Order"), there "shall be annexed to a motion for summary judgment a document entitled 'Proposed Undisputed Facts,' which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried."  Standing Order (a)(1).  Additionally, "[a]ny represented party moving for summary judgment against a party proceeding pro se shall file and serve, as a separate document," the Notice to Pro Se Litigant Opposing Motion for Summary Judgment ("Notice") appended to the Standing Order.  Standing Order (b).  Failure to comply with the requirements in the Standing Order "may result in an order denying the motion for summary judgment."  Standing Order (a)(3).

Omni neither annexed to the Motion a document with proposed undisputed facts nor served the Notice on Plaintiff Keith Shannon, who is proceeding pro se.  Therefore, the Motion is **DENIED**.  Omni may file a motion for summary judgment in compliance with the Standing Order **no later than May 5, 2025**.

2

**SO ORDERED**.

SIGNED this 29th day of April, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE