**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KEITH SHANNON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-384-KC** |
| | § | |
| **OMNI LOGISTICS LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On this day, the Court considered the case.  On December 18, 2025, the Court referred Defendant's Motion for Summary Judgment, ECF No. 110, and Plaintiff's Motion for Summary Judgment, ECF No. 120, to United States Magistrate Judge Miguel Torres pursuant to 28 U.S.C. § 636(b).  Dec. 18, 2025, Text Orders.  On February 18, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 145, granting Defendant's Motion and dismissing Plaintiff's Motion as moot.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[1]  The Clerk of Court mailed the R&R to Plaintiff on February 19, 2026, via certified mail.  Feb. 19, 2026, Cert. Mailing, ECF No. 146.  The United States Postal Service ("USPS") attempted delivery, but, because Plaintiff was not there to sign for it, USPS left notice. [2]  USPS then sent a reminder to

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

[2] *See* USPS Tracking,
https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052703495030917.

Plaintiff that he had to schedule redelivery of the item, or it would be returned. USPS then rescheduled delivery but had to leave notice again. After Plaintiff failed to claim the mailing, USPS returned it. Because it is Plaintiff's obligation to check his mail, stay apprised of developments in his case, and inform the Court of any address changes, the Court assumes that Plaintiff received the R&R.[3] Over twenty days have elapsed since the R&R was sent to Plaintiff, and he has not filed objections.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.*.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 145, in its entirety, and **ORDERS** that (1) Defendant's Motion for Summary Judgment, ECF No. 110, is **GRANTED**, and (2) Plaintiff's Motion for Summary Judgment, ECF No. 120, is **DENIED as moot**. All of Plaintiff's claims are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 11th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[3] Moreover, the R&R has been publicly available on PACER since it was entered on February 18, 2026.